BENJAMIN SCHWARTZMAN v. AUBY KEOSKIE.— Motion granted so far as to

stay the plaintiff from in any manner proceeding with action by reason of the defendant's failure to answer the supplemental complaint, pending the determination by this court of said appeal, upon condition that the appellant procure the said appeal to be argued or submitted on June 12, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.